In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property from 2nd Avenue to West 155th Street, and Adjoining Property, Borough of Manhattan, Required for HARLEM RIVER

DRIVE. BRADLEY-MAHONY COAL CORP. et al., Respondents-Appellants; JULIAN-SON'S REALTY CO., INC., Appellant; BENJAMIN LEIBEL et al., Respondents. In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property along Harlem River between 2nd Avenue and East 140th Street, Borough of Manhattan, Required for Improvement of Waterfront and Harbor. BRADLEY-MAHONY COAL CORP. et al., Respondents-Appellants; LOU-ANN HOLDING CORP. et al., Respondents.— Decree unanimously modified so as to fix the award for buildings on Damage Parcels 93H, 108H and 109H as follows: Damage Parcel 93H, Building, $50,000; Damage Parcels 108H and 109H, Buildings, $45,000. As so modified, the decree is affirmed, with costs to the successful parties. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [199 Misc. 279.] [See *post*, p. 979.]